IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW DOBELL,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-14722

Judge Elaine E. Bucklo

Magistrate Judge Daniel P. McLaughlin

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | Kenilah |
| 8 | chuangyingtrade |
| 10 | coolgiftidea |
| 14 | jichangshengkeji |
| 16 | HLJZTXG |
| 17 | SHMPSM |
| 18 | Aipuaide |
| 19 | Beijing Feiyan Trading Company |

DATED:  January 20, 2026                    Respectfully submitted,

                                            <u>/s/ Keith A. Vogt</u>
                                            Keith A. Vogt
                                            FL Bar No. 1036084/IL Bar No. 6207971
                                            Keith A. Vogt PLLC
                                            1820 NE 163rd Street, Suite #306
                                            North Miami Beach, Florida 33162
                                            Telephone: 312-971-6752
                                            E-mail: keith@vogtip.com

                                            ***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 20, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt